COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Robinson Helicopter Company, Inc.

Appellate case number:   01-14-00407-CV

Trial court case number: 2013-29873

Trial court:             129th District Court of Harris County

On May 19, 2014, relator, Robinson Helicopter Company, Inc., filed a petition for a writ of mandamus. Relator also has filed a motion for emergency stay and a supplemental motion for emergency stay, requesting a stay as to the trial court's March 24, 2014 order compelling production of documents reflecting relator's net worth. Relator's motion and supplemental motion are **denied**.

It is so ORDERED.

Judge's signature: /s/ Jim Sharp
                    ☒  Acting individually     ☐  Acting for the Court

Date:  June 25, 2016